HEATHER E. WILLIAMS (CA Bar No. 122664)
Federal Defender
LAURA MYERS (IL Bar No. 6338417)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
HECTOR BENAVIDES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HECTOR BENAVIDES,<br><br>Defendant. | Case No. 1:25-mj-00080-SAB<br><br>UNOPPOSED MOTION TO MODIFY TERMS OF PROBATION PURSUANT TO 18 U.S.C. § 3563(C) AND FED. R. CRIM. P. 32.1(C); ORDER<br><br>JUDGE: Hon. Stanley A. Boone |

Defendant Hector Benavides, through counsel, moves this Court to modify Condition #5 of his probation to separate anger management and alcohol treatment into two components. Under 18 U.S.C. § 3563(c), this Court may "modify, reduce, or enlarge the conditions of a sentence of probation at any time prior to the expiration or termination of the term of probation." Undersigned counsel has conferred with Joshua Banister, counsel for the government, who does not oppose the requested modification.[1]

On February 19, 2026, Mr. Benavides pled guilty to disorderly conduct, in violation of 36 C.F.R. § 2.34(a)(1). That same day, this Court imposed a 24-month term of unsupervised probation with an expiration date of February 19, 2028.  Condition #5 of his probation requires that Mr. Benavides "enroll, participated and complete at least a 6 month Anger Management

[1] As the relief sought here is favorable to Mr. Benavides and the government does not oppose the modification, Mr. Benavides does not request a hearing on this motion.  *See* Fed. R. Crim. P. 32.1(c)(2).

course that will include an alcohol component," and that he enroll no later than June 1, 2026, and complete the course no later than January 31, 2027.

Mr. Benavides has been diligent in searching for a compliant program but cannot not find one that met the Court's requirements. Undersigned counsel also researched the matter and suggested a program in Visalia, where he lives, but when Mr. Benavides went there to sign up, he was informed that the only program that would fit the Court's order was inpatient, not outpatient.

Undersigned counsel also reached out to Supervisory Probation Officer Daniel Alejandro, who informed counsel that Mr. Benavides could enroll in behavioral counseling at Legacy Behavioral Services in Visalia but, because his probation is unsupervised, he would have to self-pay a $50 enrollment fee and $30 per class.

Considering these circumstances, Mr. Benavides respectfully requests that this Court modify Condition #5 to require him to complete a six-month anger management course and attend Alcoholics Anonymous at least twice per month for six months. This modification is in the interest of justice because it will ensure Mr. Benavides is able to comply with his conditions of probation while also receiving anger management and alcohol-related rehabilitative services as envisioned in the Court's judgment.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 11, 2026

/s/ Laura Myers
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
HECTOR BENAVIDES

Benavides – Motion to Modify Probation

## **ORDER**

**IT IS SO ORDERED.** Pursuant to 18 U.S.C. §§ 3563(c), the Court hereby modifies condition 5 as follows:

5.    The defendant shall enroll, participate, and complete at least a 6 month Anger Management course beginning no later than June 1, 2026, and complete by January 31, 2027. The defendant shall also attend AA at least twice per month for six months beginning in June 2026 and shall file sworn proof of attendance to the court and Government Officer, through Counsel, if represented.

All other conditions previously imposed remain in full force and effect.

IT IS SO ORDERED.

Dated:    **May 12, 2026**    _____

STANLEY A. BOONE
United States Magistrate Judge

Benavides – Motion to Modify Probation